IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES PARKER | : | CIVIL ACTION |
| v. | : | |
| TABB BICKELL, et al. | : | NO. 12-1122 |

ORDER

AND NOW, this 10th day of October, 2012, upon careful and independent consideration of the petitioner's Petition for Writ of Habeas Corpus (Docket #1), the responses thereto, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkins dated September 19, 2012, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.